

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00500-CV

Philip **SIMPSON**,
Appellant

v.

**KALLISON RANCH APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-05907
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            H. Todd McCray, Justice
            Velia J. Meza, Justice

Delivered and Filed: November 5, 2025

DISMISSED

This is an appeal from judgment in a forcible entry and detainer case. Appellant's brief was due on September 28, 2025. Neither a brief nor a motion for extension of time was filed. Accordingly, on October 10, 2025, this court ordered appellant to file his brief and to respond in writing with a reasonable explanation for his failure to timely file a brief and why the appellee was not significantly injured by his failure to do so. *See* TEX. R. APP. P. 38.8(a)(1). We cautioned that, if appellant failed to timely file a brief and a written response to our order, we would dismiss his

appeal for want of prosecution or for failure to comply with a court order. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). The response was due on October 25, 2025. Appellant has failed to respond.

Because appellant has failed to respond to this court's order or to timely file a brief, the appeal is dismissed. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

PER CURIAM